UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA BROWN,

    Plaintiff,

vs.

Case No. 09-CV-14616

HON. GEORGE CARAM STEEH

HSBC BANK N.A., PATHWAY
FINANCIAL LLC, OAKLAND
COUNTY SHERIFF DEPARTMENT
and POTESTIVO & ASSOCIATES,

    Defendants.

_____/

ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR
AUTOMATIC STAY OR TEMPORARY RESTRAINING ORDER [DOCS. 11, 12]

On February 25, 2010, plaintiff Melissa Brown filed an ex parte motion for automatic stay of proceedings in the 48th District Court or in the alternative for temporary restraining order.[1] For the reasons stated in this court's Order Granting Motion to Dismiss [doc. 10], plaintiff's motion is DENIED.

    s/George Caram Steeh
    GEORGE CARAM STEEH
    UNITED STATES DISTRICT JUDGE

Dated: March 8, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on March 8, 2010, by electronic and/or ordinary mail.

    s/M. Beauchemin
    Deputy Clerk

---

[1] A second ex parte motion for automatic stay was filed by plaintiff on March 4, 2010 because the previously filed ex parte motion had not yet appeared on the court's electronic docket. The two motions are identical and are treated as one by the court.